E-FILED
Wednesday, 17 November, 2010 02:25:35 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| DONNA KAY BALES, Independent Executor of the Estate of Jack A. Bales, deceased | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08-1106 |
| UNITED STATES OF AMERICA, | ) | Judge McDade<br>Magistrate Judge Gorman |
| Defendant. | ) | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS PURSUANT TO SETTLEMENT**

This is a suit by the Estate of Jack Bales against the United States Postal Service alleging negligence on the part of a Postal Service employee resulted in the wrongful death of Mr. Bales. Following a bench trial the Court entered judgment on May 26, 2010 in the amount of $2,251,954.71 in favor of the plaintiff and against the defendant. The judgment represents an award of $1,750,000.00 to Jack Bales' widow Mildred Bales, $500,000.00 to Jack Bales' son Randy Bales, $500,000.00 to Jack Bales' daughter Donna Bales, and $64,943.39 in medical expenses to Jack Bales' estate, with the entire judgment reduced by 20% to account for Jack Bales' contributory negligence. [DE 28].

Following judgment the United States filed a Motion to Alter or Amend Judgment [DE 30] and the plaintiff filed a brief in opposition [DE 31]. With the post-trial motion pending the parties entered into settlement discussions and agreed to settle the case for a total payment of $2,100,000.00. The settlement was

contingent upon approval by the United States Department of Justice and on November 5, 2010 the Department of Justice approved the settlement.

The plaintiff has sought and received approval of the Illinois probate court to settle this case for $2,100,000.00 and distribute the proceeds. Attached hereto as Exhibit B is the September 16, 2010 probate court order approving the settlement and directing the manner in which the settlement proceeds will be distributed. The order provides that after payment of attorney's fees and litigation expenses and satisfaction of medical liens the net proceeds are to be distributed to Mildred Bales, Randy Bales and Donna Bales in accordance with the percentages of dependency established by this Court in its Findings of Fact and Conclusions of Law.

WHEREFORE, the plaintiff requests this Court enter an order dismissing this case with prejudice pursuant to settlement between the parties, with each party bearing its own fees, costs and expenses.

Respectfully submitted,

S/ Michael L. Teich
Michael L. Teich, #6216938
Email: mteich@rapoportlaw.com
David E. Rapoport
Email: drapoport@rapoportlaw.com
Joshua L. Weisberg
jweisberg@rapoportlaw.com
Attorneys for Plaintiff
Rapoport Law Offices, P.C.
20 North Clark Street, Suite 3500
Chicago, IL 60602
(312) 327-9880
(312) 327-9881 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of November, 2010, the foregoing was electronically filed with the U.S. District Court Clerk, Central District of Illinois, Peoria Division, by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ Michael L. Teich

Michael L. Teich, #6216938
Rapoport Law Offices, P.C.
20 North Clark Street, Suite 3500
Chicago, Illinois 60602
(312) 327-9880
(312) 327-9881 (fax)
Email: mteich@rapoportlaw.com